# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY BECKER, | : | |
|    Plaintiff, | : | No. 19-cv-5126-JMY |
| | : | |
| vs. | : | |
| | : | |
| NOVIPAX, LLC, | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 21st day of January, 2022, upon consideration of the Motion for Summary Judgment (ECF No. 18) filed by the Defendant, and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and Plaintiff's Complaint is DISMISSED.

The Clerk of Court is DIRECTED to mark this matter CLOSED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge